IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WAGGONER EQUIPMENT CO.,**
a limited partnership,

      **Plaintiff,**

      vs.                                      Cause No.  05-CV-424 DRH

**UNITED RENTALS, INC., A Corporation, and
UNION ELECTRIC COMPANY, a/k/a
AMEREN UE, A Corporation.**

      **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** to the plaintiff, costs having been paid by the respective parties.-------------------------------------------------

                                                **NORBERT G. JAWORSKI, CLERK**

April 13, 2006                             By:   s/Patricia Brown
                                                            Deputy Clerk

APPROVED:/s/   David   RHerndon
                    **U.S. DISTRICT JUDGE**